# COLLECTIVE EXHIBIT 1





Unisex T-Shirt
$19.50





<u>Tri-blend T-Shirt</u>
<u>$27.50</u>



Pullover Hoodie
$45.00

+ Read all 15 reviews





+ 5 colors

## Features

- 7.5oz / 250gsm Preshrunk 55% Cotton / 45% Polyester French Terry
- Ringspun for softness
- Cold wash and hang out to dry to preserve your print
- 1x1 rib cuffs with spandex to maintain shape
- Front pouch (kangaroo) pocket and dyed to match drawcord detailing
- Custom printed with your chosen artwork, when you order

## Reviews



Pullover
$43.31
Available on +25 products>

**Lightweight Hoodie**

# Where is Mr. Postman? by valx

$45.00
XS SM L XL 2XL 3XL
i
Add to cart